| |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**McELROY, DEUTSCH, MULVANEY<br>& CARPENTER, LLP**<br>1300 Mt. Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962<br>Louis A. Modugno<br>Telephone: (973) 425-8660<br>Facsimile: (973) 425-0161<br>lmodugno@mdmc-law.com<br><br>*Counsel for debtor in possession Jonas Werner Construction LLC* | Order Filed on April 8, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>JONAS WERNER CONSTRUCTION LLC,<br><br>        Debtor. | Case No. 18-26998 (VFP)<br><br>Chapter 11<br><br>Hon. Vincent F. Papalia, U.S.B.J.<br><br>Hearing Date:  April 2, 2019 at 10:00 a.m. |

# ORDER DISMISSING CASE PURSUANT TO 11 U.S.C.§ 1112(b)

The relief set forth on the following pages, numbered two (2) , is hereby **ORDERED**

**DATED: April 8, 2019**

                                                                  **Honorable Vincent F. Papalia**
                                                                    **United States Bankruptcy Judge**

Debtor: Jonas Werner Construction LLC
Case No.: 18-26998 (VFP)
Caption: Order Dismissing Case Pursuant to 11 U.S.C. § 1112(b)

**THIS MATTER** having come before the Court upon the application of the bankruptcy estate of (the "Estate") of Jonas Werner Construction LLC (the "Debtor"), by and through its counsel, McElroy, Deutsch, Mulvaney & Carpenter, LLP, requesting entry by the Court of an Order dismissing this Case pursuant to 11 U.S.C. § 1112(b); and the Court having considered in the pleadings in support of the application; and any opposition to the application; and for good cause shown;

    **IT IS THEREFORE ORDERED THAT:**

1. This Case is hereby dismissed pursuant to 11 U.S.C. § 1112(b) and shall be closed.

2. All Orders in this Bankruptcy Case shall survive dismissal of this Case.

3. The Debtor shall pay any remaining quarterly fees owed to the United States Trustee.